**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 22-cv-2683-CNS-KLM**

**EMMANUEL DAVID
Plaintiff,**

**v.**

**THE UNIVERSITY OF COLORADO, BOULDER,
through the BOARD OF REGENTS
OF THE UNIVERSITY OF COLORADO.**

**Defendants.**

---

## STIPULATION TO DISMISS

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the agreement of the parties, the undersigned hereby stipulate that the above action be dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

Respectfully submitted this 17th day of April, 2023.

**BENEZRA & CULVER, P.C.**

/ Seth J. Benezra
Seth J. Benezra, Esq.
John A. Culver, Esq.
633 17th Street, Suite 1450
Denver, CO 80202
(303) 716-0254
sjbenezra@bc-law.com
jaculver@bc-law.com
*Attorneys for the Plaintiff*

*/s Hermine Kallman*

______________________________

Hermine Kallman, Esq.
Special Assistant Attorney General
Office of University Counsel
University of Colorado
1800 Grant Street, Suite 700
Denver, CO 80203
303-860-5691
hermine.kallman@cu.edu
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April, 2023, I electronically served the foregoing **STIPULATION TO DISMISS** with the clerk of the court using the ECF system as follows:

Hermine Kallman, Esq.
Special Assistant Attorney General
Office of University Counsel
University of Colorado
hermine.kallman@cu.edu
*Attorney for Defendant*

/s/ *Carolyn Haddan*

______________________________

Carolyn Haddan, Litigation Paralegal